UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                               CRIMINAL NO. 3:16-CR-70-DCB-LGI-6

FNU LNU a/k/a "Spencer"

### MOTION FOR LEAVE OF COURT TO DISMISS THE INDICTMENT AS TO THE DEFENDANT FNU LNU a/k/a "Spencer"

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby moves for Leave of Court to dismiss without prejudice the Indictment in Criminal No. 3:16-cr-70-DCB-LGI-6 against the defendant FNU LNU, a/k/a "Spencer", without prejudice, and with the Indictment continuing as to all remaining defendants in this cause.

Dated: May 9, 2022

DARREN J. LAMARCA
United States Attorney

By:   *s/Carla J. Clark*
Carla J. Clark
Assistant United States Attorney
MS Bar No. 9490
501 E. Court Street, Suite 4.430
Jackson, MS 39201
(601) 965-4480

.